Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste. 1100
San Diego, Ca 92101
PHONE 619-894-8831
Fax: 866-444-7026
Email: ahren.tiller@blc-sd.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY NOLL<br><br>          Plaintiff,<br><br>     v.<br><br>CITIBANK, N.A.<br><br>          Defendant, | Case No.: 3:21-cv-01854-TWR-NLS<br><br><br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSELF OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff TIMOTHY NOLL ("Plaintiff") and CITIBANK, N.A. ("Defendant"), have agreed to terms to settle claims herein, subject to the full execution of a confidential agreement.

Plaintiff intends to file a request for dismissal with prejudice as to the entire action within thirty (30) days or less. In light of the settlement, Plaintiff

1   respectfully requests the Court vacate all future hearings and deadlines in this

2   case.

3

4   Dated: January 14, 2022,                    By:    BLC Law Center, APC

5
                                                        *s/ Ahren A. Tiller*
6                                                       ahren.tiller@blc-sd.com
7                                                       Ahren A. Tiller
                                                        Attorneys for Plaintiff
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action.  My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101.  I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On January 14, 2022, I served the following documents:

(1)     NOTICE OF SETTLEMENT

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):

&#9642; Marcos D. Sasso – msasso@stroock.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 14, 2022,      By:   BLC Law Center, APC

*s/ Ahren A. Tiller*
ahren.tiller@blc-sd.com
Ahren A. Tiller
Attorneys for Plaintiff