# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY NOLL,<br><br>  Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>  Defendants. | Case No.: 21-CV-01854 TWR (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 9) |

Presently before the Court is the Parties' Joint Motion for Dismissal of Action with Prejudice. (*See* ECF No. 9.) Pursuant to Federal Rule of Civil Procedure 41(a), the Court **GRANTS** the Joint Motion to Dismiss. As requested by the parties, the individual claims of Plaintiff against Defendant are dismissed in their entirety **WITH PREJUDICE**. The Clerk of the Court shall close Case No. 21-CV-01854 TWR (NLS).

**IT IS SO ORDERED.**

Dated: March 1, 2022

_____
Honorable Todd W. Robinson
United States District Judge